*In re* **RICHARDSON**, Derwin Paul (MR 20863)
Chicago, IL

Order of the Court:

The motion by the Administrator of the Attorney Registration and Disciplinary Commission to approve and confirm the report and recommendation of the Review Board is allowed. Respondent Derwin Paul Richardson is disbarred and ordered to make restitution to the Winkfield beneficiaries for all remaining annuity proceeds to which they are entitled, plus interest, and to the Adams estate in the amount of $275,000, plus interest.